UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



United States Courts
Southern District of Texas
FILED

JAN - 9 2013

David J. Bradley, Clerk of Court

CASE NO. **CA-C-12-217**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | Judge **Nelva Gonzales Ramos** |
| | )( | Courtroom Deputy **Brandy Cortez** |
| vs. | )( | Court Reporter/Recorder **G. ROGAN** |
| **CITY OF CORPUS CHRISTI, TEXAS** | )( | Proceeding: **Prelim. Approval/Fairness Hrg.** |
| | )( | Date: **JANUARY 9, 2013** |
| | )( | Exhibit List of: PLAINTIFF |
| Page __1__ of __1__ Pages | )( | Attorney: **Carol Wong, Trevor Blake** |

| No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Janice Madden's CV | ✔ | ✔ | | 1/9/13 | |
| 2 | Janice Madden's Declaration | ✔ | ✔ | | 1/9/13 | |
| 3 | Willim McArdle's CV | ✔ | ✔ | | 1/9/13 | |
| 4 | William McArdle's Declaration | ✔ | ✔ | | 1/9/13 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |