United States Courts
Southern District of Texas
FILED

APR 01 2014

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

CASE NO. __CA-C-12-217__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Judge __Nelva Gonzales Ramos__ |
| __Plaintiff__ | Courtroom Deputy __Brandy Cortez__ |
| vs. | ERO/Court Reporter __Arlene Benavidez__ |
| **THE CITY OF CORPUS CHRISTI, TEXAS** | Proceeding: __FAIRNESS HEARING__ |
| __Defendant__ | Date: __April 1, 2014__ |
| | Exhibit List of: Government |
| Page _1_ of _1_ Pages | Attorney: __Sonya Sacks__ |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Declaration of Karen Harling | ✓ | ✓ | | 4/1/14 | |
| 2 | Declaration of Natalie E. Summers | ✓ | ✓ | | 4/1/14 | |